NOTE: DA'S OFFICE UPDATED THIS W/ NEW TPO'S. (THEY MADE MISTAKE ON ORIGINAL.) HENCE OUR SUBPOENAS COVERED THIS VIDEO AND UPDATED TPO VIDEO.

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK           STATE OF NEW YORK
                                              COUNTY OF KINGS
v

SHANDUKE MCPHATTER

*Handwritten: 1)*
ASSISTANT DISTRICT ATTORNEY NAPHTALIE AZOR OF THE KINGS COUNTY DISTRICT ATTORNEY'S OFFICE SAYS THAT ON OR ABOUT (1) DECEMBER 28, 2019 AT APPROXIMATELY 06:00 PM AT 475 CARLTON AVENUE COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

PL 120.15          MENACING IN THE THIRD DEGREE(DQO)
PL 240.26(1)       HARASSMENT IN THE SECOND DEGREE

*Handwritten: 2)*
AND THAT, ON OR ABOUT (2) JANUARY 04, 2020 AT APPROXIMATELY 04:06 PM AT 475 CARLTON AVENUE COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

PL 120.15          MENACING IN THE THIRD DEGREE(DQO)
PL 240.26(1)       HARASSMENT IN THE SECOND DEGREE

IN THAT THE DEFENDANT DID:

BY PHYSICAL MENACE, INTENTIONALLY PLACE OR ATTEMPT TO PLACE ANOTHER PERSON IN FEAR OF DEATH, IMMINENT SERIOUS PHYSICAL INJURY OR PHYSICAL INJURY; WITH INTENT TO HARASS, ANNOY OR ALARM ANOTHER PERSON, STRIKE, SHOVE, KICK OR OTHERWISE SUBJECT SUCH OTHER PERSON TO PHYSICAL CONTACT, OR ATTEMPT OR THREATEN TO DO THE SAME.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

THE DEPONENT STATES THAT THE DEPONENT IS INFORMED BY MICHELE MOSS-JONES THAT AT THE FIRST ABOVE TIME AND LOCATION, THE DEFENDANT APPROACHED THE INFORMANT AND STATED TO THE INFORMANT IN SUM AND SUBSTANCE, I KNOW WHAT YOU DO, I'M GOING TO GET MY PEOPLE, THE BLOODS TO COME HANDLE YOU, I'M GOING TO HAVE YOU KILLED.

THE DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT THE ABOVE-DESCRIBED ACTIONS BY THE DEFENDANT CAUSED THE INFORMANT TO FEAR PHYSICAL INJURY AND TO BECOME ALARMED AND ANNOYED.

THE DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT AT THE SECOND ABOVE TIME AND LOCATION, THE DEFENDANT STATED TO THE INFORMANT IN SUM AND SUBSTANCE, HEY COPPER, I HAVE NOT FORGOTTEN WHAT I SAID, I'M GOING TO FINISH WHAT I SAID, I'M GOING TO SHOOT YOU.

THE DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT THE ABOVE-DESCRIBED ACTIONS BY THE DEFENDANT AT THE SECOND ABOVE TIME AND PLACE CAUSED THE INFORMANT TO FEAR PHYSICAL INJURY AND TO BECOME ALARMED AND ANNOYED.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

1/7/20
DATE            SIGNATURE

Printed 01/07/2020 15:18   K20600869   Arrested: 01/06/2020 17:46

CR-000522-20KN