CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

---

THE PEOPLE OF THE STATE OF NEW YORK

V

SHANDUKE MCPHATTER

---

STATE OF NEW YORK
COUNTY OF KINGS

ASSISTANT DISTRICT ATTORNEY NAPHTALIE AZOR OF THE KINGS COUNTY DISTRICT ATTORNEY'S OFFICE SAYS THAT ON OR ABOUT (1) DECEMBER 23,2019 AT APPROXIMATELY 06:00 PM AT 770 FULTON STREET COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

PL 120.15          MENACING IN THE THIRD DEGREE(DQO)
PL 240.26(1)       HARASSMENT IN THE SECOND DEGREE

AND THAT, ON OR ABOUT (2) JANUARY 04,2020 AT APPROXIMATELY 04:06 PM AT 770 FULTON STREET COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

PL 120.15          MENACING IN THE THIRD DEGREE(DQO)
PL 240.26(1)       HARASSMENT IN THE SECOND DEGREE


IN THAT THE DEFENDANT DID:

BY PHYSICAL MENACE, INTENTIONALLY PLACE OR ATTEMPT TO PLACE ANOTHER PERSON IN FEAR OF DEATH, IMMINENT SERIOUS PHYSICAL INJURY OR PHYSICAL INJURY; WITH INTENT TO HARASS, ANNOY OR ALARM ANOTHER PERSON, STRIKE, SHOVE, KICK OR OTHERWISE SUBJECT SUCH OTHER PERSON TO PHYSICAL CONTACT, OR ATTEMPT OR THREATEN TO DO THE SAME.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

THE DEPONENT STATES THAT THE DEPONENT IS INFORMED BY MICHELE MOSS-JONES THAT AT THE FIRST ABOVE TIME AND LOCATION, THE DEFENDANT APPROACHED THE INFORMANT, STOOD APPROXIMATELY A FEW INCHES FROM THE INFORMANT AND STARTED TO TALK TO THE INFORMANT, THAT WHEN THE INFORMANT STARTED TO WALK AWAY FROM THE DEFENDANT, THE DEFENDANT FOLLOWED THE INFORMANT FOR APPROXIMATELY ONE HUNDRED FEET, ALL THE WHILE THE DEFENDANT WAS TALKING TO THE INFORMANT, AND THAT THE DEFENDANT TURNED, STOPPED IN FRONT OF THE INFORMANT,BLOCKING THE INFORMANT'S PATH, SUCH THAT THE INFORMANT HAD TO WALK AROUND THE DEFENDANT TO GET AWAY FROM THE DEFENDANT, AND THAT THE DEFENDANT STATED TO THE INFORMANT IN SUM AND SUBSTANCE,I KNOW WHAT YOU DO,YOU'RE GOING TO GET TO KNOW ME, I'M GOING TO GET MY PEOPLE, THE BLOODS TO COME HANDLE YOU, I'M GOING TO HAVE YOU KILLED.

THE DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT THE ABOVE-DESCRIBED ACTIONS BY THE DEFENDANT CAUSED THE INFORMANT TO FEAR PHYSICAL INJURY AND TO BECOME ALARMED AND ANNOYED.

THE DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT AT THE SECOND ABOVE TIME AND LOCATION, THE INFORMANT WAS WALKING TO THE INFORMANT'S HOME AND THE

THE DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT THE ABOVE-DESCRIBED ACTIONS BY THE DEFENDANT AT THE SECOND ABOVE TIME AND PLACE CAUSED THE INFORMANT TO FEAR PHYSICAL INJURY AND TO BECOME ALARMED AND ANNOYED.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

1/8/2020
DATE                SIGNATURE

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS, PART AP3

---

THE PEOPLE OF THE STATE OF NEW YORK,

   Plaintiff,

SHANDUKE MCPHATTER

   Defendant.

PEOPLE'S STATEMENT OF READINESS FOR TRIAL PER CPL 30.30
DOCKET NO. CR-000522-19KN

---

PLEASE BE ADVISED THAT THE CRIMINAL COURT COMPLAINT IN THE ABOVE-MENTIONED CASE HAS BEEN CONVERTED INTO AN INFORMATION. PLEASE SEE THE ATTACHED SUPPORTING DEPOSITION MICHELE MOSS-JONES AND A SUPERSEDING INFORMATION.

ERIC GONZALEZ
DISTRICT ATTORNEY
KINGS COUNTY

_____
NAPHTALIE AZOR, ESQ
ASSISTANT DISTRICT ATTORNEY
(718) 250-3242

Date: 01/13/2020

Adjourn date: 2/5/2020

DEFENSE COUNSEL:
Legal Aid Society
111 Livingston Street
Brooklyn, NY 11201

*J. Williams*

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: PART AP3

---

THE PEOPLE OF THE STATE OF NEW YORK

    -against-

SHANDUKE MCPHATTER

                Defendant,

SUPPORTING DEPOSITION

DOCKET NO. CR-20600869-19KN

---

STATE OF NEW YORK  )
                       )
COUNTY OF KINGS  )

    I, **MICHELE MOSS-JONES**, have read the accusatory instrument filed in this action. The facts in that instrument stated to be on information furnished by me are true to my personal knowledge.

    FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

1/8/2020
Date

*[signature]*
Signature